10-2680 (L); 10-4150 (L)
Lin v. Holder; Weng v. Holder

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand fourteen.

PRESENT:
>        JON O. NEWMAN,
>        DENNIS JACOBS,
>        PIERRE N. LEVAL,
>           *Circuit Judges*.

_____

| | |
|---|---|
| CUIRONG LIN, CHENXI CHEN v. HOLDER, | 10-2680 (L), |
| A090 347 371 | 11-1250 (Con) |
| A090 347 372 | |

_____

| | |
|---|---|
| SHU PING WENG, XIN HUANG v. HOLDER, | 10-4150 (L), |
| A089 009 143 | 11-4391 (Con) |
| A089 009 144 | |

_____

UPON DUE CONSIDERATION of these petitions for review of Board of Immigration Appeals ("BIA") decisions, it is hereby ORDERED, ADJUDGED, AND DECREED that the petitions for review are DENIED.

09232013-11-12

These petitions challenge decisions of the BIA that: (1) affirmed decisions of immigration judges ("IJ") denying asylum and related relief; and (2) denied motions to reopen in the first instance. The applicable standards of review are well-established. *See Jian Hui Shao v. Mukasey,* 546 F.3d 138, 157-58, 168-69 (2d Cir. 2008).

Petitioners, all natives and citizens of China, sought relief from removal based on claims that they fear persecution because they have had more than one child in violation of China's population control program. For largely the same reasons as this Court set forth in *Jian Hui Shao*, 546 F.3d 138, we find no error in the agency's determination that petitioners failed to demonstrate their eligibility for relief. *See id.* at 158-72.

In addition, the BIA did not err in finding that petitioners failed to demonstrate their *prima facie* eligibility for relief based on the practice of either Falun Gong or a new religion because the evidence they submitted did not demonstrate that Chinese authorities are aware of, or likely to become aware of, their practices. *See Hongsheng Leng v. Mukasey*, 528 F.3d 135, 143 (2d Cir. 2008); *see also Jian Hui Shao*, 546 F.3d at 168.

For the foregoing reasons, these petitions for review are DENIED.  As we have completed our review, any stay of removal that the Court previously granted in these petitions is VACATED, and any pending motion for a stay of removal in these petitions is DISMISSED as moot.  Any pending request for oral argument in these petitions is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

                                        FOR THE COURT:
                                        Catherine O'Hagan Wolfe, Clerk